**EXHIBIT 2:** INFRINGEMENT
URL: http://siriusxm%20mobile%20app/

